# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

Tanveer S. Majid,
18903 Abbey Manor Drive
Brookeville, MD 20833-3247

  Plaintiff,

  v.

County of Montgomery, Maryland
Executive Office Building
101 Monroe Street, 2nd Floor
Rockville, MD 20850

Montgomery County Police Department
Public Safety Headquarters
100 Edison Park Drive
Gaithersburg, MD 20878

Michael Ruane
Montgomery County Police Officer
Public Safety Headquarters
100 Edison Park Drive
Gaithersburg, MD 20878

Michael Chindblom
Montgomery County Police Officer
Public Safety Headquarters
100 Edison Park Drive
Gaithersburg, MD 20878

Fernando Carvajal
Montgomery County Police Officer
Public Safety Headquarters
100 Edison Park Drive
Gaithersburg, MD 20878

Civil Action No. 8:20-cv-01517-TDC

Marlo Reese (Officer #: 2177)
Montgomery County Police Officer
Public Safety Headquarters
100 Edison Park Drive                                         *
Gaithersburg, MD 20878


Hengxin Chen (Officer #: 2965)
Montgomery County Police Officer
Public Safety Headquarters
100 Edison Park Drive                                         *
Gaithersburg, MD 20878

Beth Tabachnick, LSCW-C
Public Safety Headquarters
100 Edison Park Drive                                         *
Gaithersburg, MD 20878


Montgomery County Police Officer
Vehicle License Plate #: MC 0073
Vehicle Identification #: 130073
Public Safety Headquarters
100 Edison Park Drive                                         *
Gaithersburg, MD 20878

Montgomery County Police Officer
Vehicle License Plate #: 14002 LG
Vehicle Identification #: 1921625
Public Safety Headquarters
100 Edison Park Drive                                         *
Gaithersburg, MD 20878

Montgomery County Police Officer
Vehicle License Plate #: 08372 LG
Vehicle Identification #: 1721890
Public Safety Headquarters
100 Edison Park Drive                                         *
Gaithersburg, MD 20878

Maryland Public Information Act Office
200 St. Paul Place
Baltimore, MD 21202

Mary K. Davison
Public Safety Headquarters
100 Edison Park Drive
Gaithersburg, MD 20878

William Montgomery
Public Safety Headquarters
100 Edison Park Drive
Gaithersburg, MD 20878

      Defendants,

********

## AMENDED COMPLAINT 6

*The Plaintiff add additional lines to the original complaint adds Defendant to the original complaint, adds violations of the law and relief.*

### Additional Defendants:

African American Police Officer (Heavy Set)
License Plate #: MC 0174
Public Safety Headquarters
100 Edison Park Drive
Gaithersburg, MD 20878

### DEFENDANT

African American Police Officer (heavy set) License Plate #: MC 0174 was at all times relevant to this complaint, a Montgomery County Police Officer, acting under state laws pursuant to the statues, ordinances, regulations, policies, customs and usage of Montgomery County, Maryland. He is sued here in his official capacity.

## FACTS

1.) On August 22, 2020, Plaintiff exited his garage to check his mail. An African American Police Officer (heavy set), License Plate #: MC 0174 was waiting for Plaintiff to exit his home. When Plaintiff exited his house this Police Officer drove past Plaintiff in an attempt to threaten and intimidate him about his pending civil case against the Central Intelligence Agency implicating Montgomery County Police Officers (U.S. Supreme Court Case #: 20-5340). *A video of this incident is submitted with this filing.*

2.) As Plaintiff retrieved his mail from his mailbox, included within his mail was a letter from the Office of Solicitor General informing Plaintiff of them waiving their right to respond. *(See Attachment #1)*

3.) It is unclear as to how this Montgomery County Police Officer knew that Plaintiff would receive this letter this day. The Montgomery County Police Department including William Montgomery and Beth Tabachnick are doing similar threats and harassment through and by postal mail as explained in prior filings to this Court in Plaintiff's State and Federal complaints. Montgomery County Circuit Court Case #: 482471V is Plaintiff's State complaint. Plaintiff has informed Montgomery County Circuit Court Judge Karla Smith of this. *(See Attachment #2)*

4.) This threat and harassment in front of Plaintiff's house as he received a waiver response from the Officer of Solicitor General is similar to incursion of Police Officer Michael Chindblom, Beth Tabachnick "therapist", Police Officer Fernando Carvajal, Police Officer Hengxin Chen (Officer #: 2965), Police Officer Marlo Reese (Officer #: 2177) on June 3, 2020. During this time as prior explained to this Court in filings and video, Police Officer Michael Chindblom came to Plaintiff house with the sole intent to getting Plaintiff to drop his

law suit against the Central Intelligence Agency that was implicating Montgomery County Police Officers and committing Plaintiff to the Mental Health Hospital to injure or kill Plaintiff. It can be clearly heard of Police Officer Chindblom in the video Plaintiff submitted to this Court of Michael Chindblom saying, "Whats going on with your YouTube." Plaintiff on his YouTube Channel posts his lawsuits for other targeted / gang stalked individuals to review as well as posts videos of Montgomery County Police Officers harassing Plaintiff, including additional information concerning targeting / gang stalking. Plaintiff's YouTube Channel is: Targeted Individual / Gang Stalking in Maryland:

Link:   htttps://www.youtube.com/channel/UCcuIIYbxpkG7gT1LCjJnYPIIQ/videos

The Plaintiff informed the Supreme Court of the United States about the events on June 3, 2020 in his Writ of Certiorari.

5.)   Plaintiff informs this Court that he has requested the identities and body cams of Montgomery County Policers listed within this case from Mary K. Davisson of the Maryland Public Information Act Office and she is not responding to Plaintiff.

6.)   Plaintiff would also like to inform this Court that targeting / gang stalking has been on the news and an honest Police Officer from the Santa Cruz Police Department Lt. Larry Richards explains it. Please see the following video:

https://www.youtube.com/watch?v=LZH2lIXPSFk

## Violations of the Law

1.) 18 U.S. Code § 1512.  Tampering with a witness, victim, or an informant

2.) 18 U.S. Code § 371. Conspiracy to commit offense or to defraud United States

## **Relief**

1.) Order criminal charges to be brought against Defendants for the aforementioned Violations of the Law.

RESPECTFULLY SUBMITTED this 23rd day of August, 2020.

*[signature: Tanveer Majid]*

Tanveer S. Majid
18903 Abbey Manor Drive
Brookeville, MD 20833-3247
Tel: (240) 753-2960
Email: Planters00000@gmail.com